William R. Wurm, CA State Bar No. 314600
Wwurm@amundsendavislaw.com
AMUNDSEN DAVIS, LLC
120 South Central Avenue, Suite 700
St. Louis, MO 63105
Telephone: (314) 719-3700
Facsimile: (314) 719-3710

Craig A. Kubiak, pro hac vice
Ckubiak@amundsendavislaw.com
AMUNDSEN DAVIS, LLC
2800 E. Enterprise Avenue
Appleton, WI 54913
Telephone: (920) 750-5049

ATTORNEYS FOR DEFENDANTS FAST RACK EQUIPMENT, LLC,
MICHAEL HALVERSON AND STACEY MISCHKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE NVME GROUP, INC., ,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HALVERSON, et al.,<br><br>Defendants. | No. 2:23-CV-01453-TLN-CKD<br><br>**DECLARATION OF WILLIAM R. WURM IN SUPPORT OF DEFENDANTS MICHAEL HALVERSON'S, STACEY MISCHKER'S AND FAST RACK EQUIPMENT, LLC'S, MOTION TO DISMISS PURSUANT TO RULES 12(B)(2), 12(B)(3), and 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to 28 U.S.C. § 1746 I, William R. Wurm, declares as follows:

1. I am an attorney license to practice law in California, Illinois and Missouri. I am an attorney

1
DECLARATION OF WILLIAM R. WURM

and Partner at the law firm of Amundsen Davis, LLC, and one of the attorneys of record for defendants in this case. This declaration is true and correct to the best of my knowledge, information and belief.

    2. On two occasions on July 24, 2023 I emailed plaintiff's attorney, Aleshia M. White, requesting copies of the alleged contracts or agreements referenced in paragraphs 2, 4, 5, 6, 16, 24, 46-48, and 50-53 of the Complaint. To date I have not received a response or copies of the alleged contracts or agreements from Attorney White.

Executed this 9th day of August, 2023

William R. Wurm